**Teresa J. FEUCHT, Appellant,**

v.

**Leeann PIERCE, Chapter 7 Trustee, Appellee.**

**No. 07–1176.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 16, 2008.

Filed: June 3, 2008.

Patrick T. Dougherty, Dougherty & Dougherty, Sioux Falls, SD, for Appellant.

Leeann Pierce, Brookings, SD, pro se.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Chapter 7 debtor Teresa Feucht appeals from the district court's[1] decision affirming the bankruptcy court's[2] exemption order in favor of trustee Leeann Pierce. Upon review of the bankruptcy court's factual findings for clear error, and its legal conclusions de novo, *see In re Foust,* 52 F.3d 766, 768 (8th Cir.1995), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B

---

1. The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota.

2. The Honorable Irvin N. Hoyt, Chief Judge, United States Bankruptcy Court for the District of South Dakota.